# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Maida M. Brown,

        Plaintiff

v.

Nancy A. Berryhill, Acting Commissioner of
Social Security,

        Defendant

Case No.: 2:18-cv-0594-JAD-NJK

**Order Adopting
Report & Recommendation**

[ECF Nos. 16, 17, 19]

        Maida M. Brown brought this action to seek judicial review of the Commissioner of Social Security's denial of her application for disability insurance benefits and supplemental income. Magistrate Judge Nancy J. Koppe recommends that I deny Brown's motion for reversal or remand and grant the Commissioner's cross-motion to affirm, after thoughtfully considering the briefing on both motions.[1] The deadline for Brown to object to that recommendation was yesterday, and Brown filed nothing. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

        Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 19] is ADOPTED** in its entirety.

        IT IS FURTHER ORDERED that plaintiff's motion for reversal and/or remand **[ECF No. 16] is DENIED** and the Commissioner's cross-motion to affirm **[ECF No. 17] is GRANTED.**

---

[1] ECF No. 19.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: October 30, 2018

_____
U.S. District Judge Jennifer A. Dorsey